## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHERYL LUCAS

§
§
§
§
§
§

Case No.: 11-21749

Debtor(s)

§

────────────────────────────────────────────────────────────────

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 05/23/2011.

2)   This case was confirmed on 07/14/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 05/02/2012.

5)   The case was dismissed on 07/26/2012.

6)   Number of months from filing to the last payment:  10

7)   Number of months case was pending:  17

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $     4,400.00

10)   Amount of unsecured claims discharged without payment $     .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,539.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | **$ 1,539.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,490.80 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 48.20 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 1,539.00** |
| Attorney fees paid and disclosed by debtor | $ 66.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | 387.00 | 563.50 | 563.50 | .00 | .00 |
| ATT | UNSECURED | 176.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 624.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,495.00 | 1,518.41 | 1,518.41 | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO FAMILY MEDIC | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| RECEIVABLE MGMT | UNSECURED | 250.00 | 250.00 | 250.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 400.00 | 1,260.44 | 1,260.44 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 118.01 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 505.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 6,503.00 | 6,503.67 | 6,503.67 | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 842.00 | 956.65 | 956.65 | .00 | .00 |
| CREDIT SEVEN GORUP L | UNSECURED | 352.50 | NA | NA | .00 | .00 |
| DR LARRY OLSEN OD | UNSECURED | 273.00 | NA | NA | .00 | .00 |
| FARMERS INSURANCE GR | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 33.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN CASH | UNSECURED | 3,082.00 | 909.00 | 909.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANK CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| GSA HEARTLAND REGION | UNSECURED | 1,995.00 | NA | NA | .00 | .00 |
| HSN | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| HSN | OTHER | .00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 2,634.00 | NA | NA | .00 | .00 |
| INSIGHT CAPITAL LLC | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTLE CO AFFLIATED | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| LITTLE CO OF MARY AF | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO OF MARY AF | OTHER | .00 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| MTI | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 939.00 | NA | NA | .00 | .00 |
| META BANK LOC/MONEY | UNSECURED | .00 | NA | NA | .00 | .00 |
| MOUNTAIN PEAKS FINAN | UNSECURED | 9,874.22 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,477.00 | 1,550.91 | 1,550.91 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| MID AMERICA BANK & T | UNSECURED | 359.00 | 359.17 | 359.17 | .00 | .00 |
| QC FINANCIAL SERVICE | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| SALUTE VISA | UNSECURED | 780.00 | NA | NA | .00 | .00 |
| SALUTE VISA | UNSECURED | 855.00 | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,704.00 | 1,869.00 | 1,869.00 | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 13,280.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 899.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 318.26 | 899.38 | 899.38 | .00 | .00 |
| T&H AUTO SALES | UNSECURED | 3,595.00 | .00 | 2,702.50 | .00 | .00 |
| TALK AMERICA | UNSECURED | 376.44 | NA | NA | .00 | .00 |
| TIME LIFE | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 1,016.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,115.00 | 1,120.01 | 1,120.01 | .00 | .00 |
| UPTOWN CASH | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 819.00 | 858.51 | 858.51 | .00 | .00 |
| US CELLULAR | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| VISION SALON EYE CAR | UNSECURED | 144.00 | 144.69 | 144.69 | .00 | .00 |
| VISION SALON EYE CAR | OTHER | .00 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| HSBC TAXPAYER FINANC | UNSECURED | NA | 2,859.01 | 2,859.01 | .00 | .00 |
| T&H AUTO SALES | SECURED | NA | 2,702.50 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 24,324.85 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 1,539.00 |
| Disbursements to Creditors | $ | .00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 1,539.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    10/30/2012                         /s/ Tom  Vaughn
                                             Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**        : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**